IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY & MARYANN MINISSALE**<br>v.<br>**STATE FARM FIRE & CASUALTY COMPANY** | **CIVIL ACTION**<br><br>**NO. 13-5912** |

## ORDER

And NOW, this 20th day of December, 2013, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Plaintiffs' Motion to Remand (ECF No. 5) is **GRANTED**.

The Clerk shall close this case and transmit a certified copy of this Order to state court.

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 13\13-5912 minissale v. state farm\13-5912 minissale order remand.docx